*Wednesday, October 30, 1991*
## MERIT DOCKET

**91–1624.** State, ex rel. Martinelli, v. Wilkinson. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and RESNICK, JJ., concur.

DOUGLAS and H. BROWN, JJ., would also deny the motions for default judgment and summary judgment.

**91–1746.** State, ex rel. Martinelli, v. Birmelin. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–42.** State, ex rel. Smiddy, v. Indus. Comm. In Mandamus. On motion to strike. Motion granted.

DOUGLAS, J., dissents.

**91–367.** State, ex rel. Margolius, v. Cleveland. In Mandamus. On motion to supplement the record. Motion granted.

On motion to seal the record. Motion denied.

HOLMES and WRIGHT, JJ., dissent.

DOUGLAS, J., would also dismiss the show cause order.

**91–636.** State v. Boggs. *Adams County*, No. 494. On motion for leave to file *amicus* of Ohio Public Defender Commission. Motion granted.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County*, No. 14597. On motions for leave to file *amicus* of John Youell and Insurance Environmental Litigation Association et al., and on motion for leave to appear *pro hac vice*. Motions granted.